IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY E. PARRISH, P.C., | ) |
| Plaintiff, | ) |
| | ) NO. 3:20-cv-00275 |
| v. | ) JUDGE RICHARDSON |
| ANDY D. BENNETT, et al., | ) |
| Defendants. | ) |

## ORDER

I hereby recuse myself in this case and return the case to the Clerk for transfer to a visiting judge.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE