# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 14, 2021

Mr. Larry Edward Parrish
Parrish Lawyers
1661 International Place Drive
Suite 400
Memphis, TN 38120

Ms. Laura Wyatt
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

>  Re:  Case No. 21-5405, *Larry E. Parrish, P.C. v. Andy Bennett, et al*
>        Originating Case No. 3:20-cv-00275

Dear Mr. Parrish and Ms. Wyatt,

  The Court issued the enclosed Order today in this case.

> Sincerely yours,
>
> s/Virginia Lee Padgett
> Case Manager
> Direct Dial No. 513-564-7032

cc:  Ms. Lynda M. Hill

Enclosure

No mandate to issue

Case No. 21-5405

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

LARRY E. PARRISH, P.C.

    Plaintiff - Appellant

v.

ANDY D. BENNETT, Judge, Tennessee Court of Appeals; FRANK G. CLEMENT, JR., Judge, Tennessee Court of Appeals; W. NEAL MCBRAYER, Judge, Tennessee Court of Appeals

    Defendants - Appellees

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant/petitioner has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by June 14, 2021.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                                    ENTERED PURSUANT TO RULE 45(a),
                                                    RULES OF THE SIXTH CIRCUIT
                                                    Deborah S. Hunt, Clerk

Issued: July 14, 2021